1  Name: ANGELA ANSANELLI
2  Name: CHARLES ANSANELLI
3  Address:      176 Wild Horse Valley Drive
4  _____Novato, Ca 94947_____
5  Phone Number: 415.898.0033
6  E-mail Address: SanFranciscoMarketPlace@gmail.com
7  Pro Se

FILED
2010 OCT -1  P 2:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI, CHARLES ANSANELLI | Case Number: 3:10-cv-03892-SI |
| Plaintiff(s), | **MOTION TO ENLARGE TIME AND DECLARATION IN SUPPORT THEREOF** |
| vs. | Judge: Hon. Susan Illston |
| JPMORGAN CHASE, N.A.; FEDERAL DEPOSIT INSURANCE CORPORATION; FIRST AMERICAN TITLE COMPANY; FIDELITY NATIONAL TITLE COMPANY; SEQUOIA PACIFIC MORTGAGE COMPANY, INC. | |
| Defendant(s). | |

Under Local Rule 6-3, We respectfully ask the Court to enlarge time in this case. We request that the hearing on the motions to dismiss be extended for an additional 60 days so that we may have the opportunity to seek legal counsel and be afforded the ability to respond to the motions.

---

MOTION TO ENLARGE TIME AND DECL. IN SUPPORT THERE OF:

CASE NO. 3:10-cv-03892-SI      PAGE 1 OF 3

1  In support of this request, We declare as follows:

2     1. We are the Plaintiffs in the above-titled matter

3     2. WE are not an attorneys and are representing ourselves pro se.

4     3. We are requesting this enlargement of time because ___ we are not

5  represented by counsel and due to the case being moved to Federal Court the non-profit agency

6  that was assisting us in the Marin Superior Court is unable to assist us in the Federal Court

7  system. We need more time to read, understand, respond to the motions, and seek legal counsel.

8     4. I have asked opposing counsel, to stipulate to this proposed enlargement

9  of time. ___ JPMORGAN CHASE BANK – Will not consent to enlargement of time

10 FDIC – Will not discuss enlargement of time until we sign and submit a form called Stipulation

11 and (Proposed) order to substitute defendant Federal Deposit Insurance Corporation, as receiver

12 for Washington Mutual Bank, in place of defendant the Federal Deposit Insurance Corporation

13 (FDIC-010) FIDELITY NATIONAL TITLE COMPANY – have not replied back to request.

14 FIRST AMERICAN TITLE COMPANY –replied they would consider the request. SEQUOIA

15 MORTGAGE COMPANY – lawyer replied that he had no problem with enlargement of time but

16 he was not aware of any motions to dismiss. He was unaware that the case had been moved to

17 Federal Court.

18    5. If the Court did not change the time, we would be substantially harmed or

19 Prejudiced because ___ all motions to dismiss our case by defendants would go unanswered and

20 our case may be dismissed as a result. We are not lawyers and it will take us a long time to read

21 and understand the four motions to dismiss, and even longer to respond. If our case is dismissed,

22 the defendants may start foreclosure action and we could lose our home.

23    6. All previous time changes in this case: ___ There have been none.

24    7. The effect the requested time enlargement would have on the schedule for this

25 case: ___ It would extend all dates by 60 days. This extention would preserve our rights in efforts

26 to have ample time to respond to all motions to dismiss. It would allow the court time to evaluate

27 our request for appointment of counsel.

MOTION TO ENLARGE TIME AND DECL. IN SUPPORT THERE OF:

CASE NO. _3:10-cv-03892-SI_____ PAGE 2 OF 3

1 | We declare under penalty of perjury that the foregoing is true and correct.

2 | Date: __October 1, 2010__          Signature: _Angela J. Ansanelli_

3 | Printed name: _Angela J. Ansanelli_

4 | Signature: _____

5 | Printed name: _Charles F. Ansanelli_

19
20 | Opposition Due: 11/19/10
21 | Reply Due: 12/3/10
    | Hearing Set: 12/20/10 at 9:00 a.m.



IT IS SO ORDERED

Judge Susan Illston

MOTION TO ENLARGE TIME AND DECL. IN SUPPORT THEREOF:

CASE NO. _3:10-cv-03892-SI_          PAGE 3 OF 3