IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSANELLI , ET AL, | No. C 10-03892 SI |
| Plaintiff, | **ORDER** |
| v. | |
| JP MORGAN CHASE BANK, N.A. ET AL, | |
| Defendant. | |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated:

SUSAN ILLSTON
United States District Judge