IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI and CHARLES ANSANELLI,<br><br>  Plaintiffs,<br>  v.<br><br>JP MORGAN CHASE BANK, N.A., FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank, FIRST AMERICAN TITLE COMPANY, FIDELITY NATIONAL TITLE COMPANY, and SEQUOIA PACIFIC MORTGAGE COMPANY, INC.,<br><br>  Defendants.<br>                                                              / | No. C 10-03892 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendant JP Morgan Chase Bank, N.A., has filed a motion to dismiss the complaint (Dkt. No. 46). Under the civil local rules, plaintiffs were required to file an opposition brief (or a statement of nonopposition) to the pending motion by December 23. No response has been filed. Plaintiffs are ordered to show cause for their failure to respond to the motion, including via a declaration under oath, by **JANUARY 13, 2011, AT 11:00 A.M.** This order does not constitute permission to file a late opposition to the motion to dismiss. If plaintiffs do not respond by the deadline, their case will be dismissed for failure to prosecute. The hearing on January 13, 2011, at 8:00 a.m., is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE