NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
JORDANNA G. THIGPEN (#232642)
jthigpen@cpmlegal.com
ERIC J. BUESCHER (#271323)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

Attorneys for Plaintiffs
Charles and Angela Ansanelli

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES AND ANGELA ANSANELLI** | **No. C-10-3892-WHA** |
| Plaintiffs, | [Proposed] **ORDER APPOINTING COUNSEL** |
| vs. | |
| **JP MORGAN CHASE BANK, N.A.**; **et al.**, | |
| Defendants. | |

Because the Plaintiffs, Charles and Angela Ansanelli, have requested and are in need of counsel to assist in this matter and a voluntary firm is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Cotchett, Pitre & McCarthy is hereby appointed as counsel for Charles and Angela Ansanelli in this matter.

The Federal Pro Bono Project Guidelines provide that the matter should be stayed for four weeks from the date of this Order. However, the Parties shall submit a timely Joint Case Management Conference Statement by January 6, 2011 and attend the previously scheduled Case Management Conference on January 13, 2011 at 11 AM. Pending the Case Management Conference, all other proceedings are stayed.

Date: January 3, 2011.

_____
Honorable William H. Alsup
United States District Judge

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

[Proposed] Order Appointing Counsel

1