IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI and CHARLES ANSANELLI, <br><br> Plaintiffs, <br> v. <br><br> JP MORGAN CHASE BANK, N.A., FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank, FIRST AMERICAN TITLE COMPANY, FIDELITY NATIONAL TITLE COMPANY, and SEQUOIA PACIFIC MORTGAGE COMPANY, INC., <br><br> Defendants. <br> / | No. C 10-03892 WHA <br><br> **ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, defense counsel's request to appear by telephone at the case management conference on January 13, 2011, is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE