IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI and CHARLES ANSANELLI,<br><br>           Plaintiffs,<br>  v.<br><br>JP MORGAN CHASE BANK, N.A., FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank, FIRST AMERICAN TITLE COMPANY, FIDELITY NATIONAL TITLE COMPANY, and SEQUOIA PACIFIC MORTGAGE COMPANY, INC.,<br><br>           Defendants.<br>                                                                   / | No. C 10-03892 WHA<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT MOTION HEARING** |

   Good cause not shown, defense counsel's request to appear by telephone at the motion hearing on March 24, 2011, is **DENIED**.

   **IT IS SO ORDERED.**

Dated: March 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE