IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI and CHARLES ANSANELLI,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A., and SEQUOIA PACIFIC MORTGAGE COMPANY, INC.,<br><br>    Defendants. | No. C 10-03892 WHA<br><br>**NOTICE REGARDING HEARING ON MOTION TO DISMISS** |

    The Court expects both sides to come to the hearing on defendant's motion to dismiss prepared to explain to the Court their view of the actual facts underlying this matter.

Dated: March 22, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE