IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA ANSANELLI and CHARLES ANSANELLI,

Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., and SEQUOIA PACIFIC MORTGAGE COMPANY, INC.,

Defendants.

No. C 10-03892 WHA

**ORDER GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**

An order granted in part and denied in part defendant JPMorgan Chase Bank's motion to dismiss plaintiffs' second amended complaint, and granted plaintiffs leave to file a third amended complaint, curing the identified deficiencies. Plaintiffs did so. Thereafter, JPMorgan Chase Bank moved to dismiss again, noticing a hearing for June 2. The opposition deadline was yesterday, May 12, but instead of an opposition, plaintiffs' counsel filed a stipulation by all parties for leave to file a fourth amended complaint and a fourth amended complaint. Although plaintiffs did not submit a proposed order or style their filing as a stipulated request, their implicit request for an order granting leave to file a fourth amended complaint is **GRANTED**. As such, defendant's motion to dismiss the third amended complaint is **DENIED AS MOOT**, and the hearing on June 2 is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE