NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

*Attorneys for Plaintiffs*
*Charles and Angela Ansanelli*

S. CHRISTOPHER YOO (SBN 169442)
cyoo@alvaradosmith.com
DASKA P. BABCOCK (SBN 215172)
dbabcock@alvaradosmith.com
**ALVARADOSMITH**
**A Professional Corporation**
350 Sansome Street, Suit 300
San Francisco, CA 94104
Telephone: (415) 624-8665
Facsimile: (415) 391-1751

**BARRY W. MEYER** (SBN 51143)
BearLaw@prodigy.net
131A Sony Circle, Suite 500
Santa Rosa, CA 95401
Telephone: (707) 578-2303
Facsimile: (707) 578-2305

*Attorneys for Defendant*
*JPMorgan Chase Bank N.A.*

*Attorneys for Defendant*
*Sequoia Pacific Mortgage Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Angela Ansanelli and Charles Ansanelli,<br><br>Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.;<br>Sequoia Pacific Mortgage Company, Inc.;<br>Fidelity National Title Company; First American Title Company; and Federal Deposit Insurance Corporation,<br><br>Defendants. | CASE NO. C-10-03892 WHA<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING THE MEDIATION DEADLINE; [PROPOSED] ORDER**<br><br>Judge: Hon. William Alsup |

**STIPULATION AND REQUEST FOR ORDER CONTINUING THE MEDIATION DEADLINE; [PROPOSED] ORDER**; Case No. C-10-03892-WHA

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

1 **TO THE COURT AND ALL COUNSEL OF RECORD:**

2     WHEREAS Plaintiffs CHARLES ANSANELLI and ANGELA ANSANELLI

3 filed a Fourth Amended Complaint on May 12, 2011; and

4     WHEREAS Defendants SEQUOIA PACIFIC MORTGAGE COMPANY

5 ("SEQUOIA") and JPMORGAN CHASE BANK N.A. ("JPMORGAN") have not yet

6 filed an answer to that complaint; and

7     WHEREAS the pleadings are not yet settled in this matter; and

8     WHEREAS mediation prior to the settling of the pleadings in this matter is

9 inappropriate;

10     NOW THEREFORE, Defendants JPMORGAN CHASE BANK N.A., and

11 SEQUOIA PACIFIC MORTGAGE COMPANY, and Plaintiffs CHARLES

12 ANSANELLI and ANGELA ANSANELLI, through their counsel, do hereby stipulate

13 and agree as follows:

14     The parties request an order continuing the mediation deadline until Friday,

15 August 26, 2011.

16     **IT IS SO STIPULATED AND AGREED.**

17 Dated: May 19, 2011      **COTCHETT, PITRE & McCARTHY, LLP**

18

19      By:     */s/ Eric J. Buescher*
                ERIC J. BUESCHER
20                 *Attorneys for Plaintiffs*
                *Charles and Angela Ansanelli*

21 Dated: May 19, 2011      **ALVARADO SMITH, P.C.**

22

23      By:     */s/ Daska P. Babcock*
                DASKA P. BABCOCK
24                 *Attorneys for Defendant*
                *JPMorgan Chase Bank, N.A.*

25 Dated: May 19, 2011      **BARRY W. MEYER**

26

27      By:     */s/ Barry W. Meyer*
                BARRY W. MEYER
28                 *Attorneys for Defendant*
                *Sequoia Pacific Mortgage Company*

## [PROPOSED] ORDER

Pursuant to the Parties Stipulation and Request, IT IS ORDERED that the mediation deadline is continued to August 26, 2011.

DATE: May __, 2011                                    _____
                                                                          Hon. William Alsup



**STIPULATION AND REQUEST FOR ORDER CONTINUING THE MEDIATION DEADLINE; [PROPOSED] ORDER**; Case No. C-10-03892-WHA      2