IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ANSANELLI and CHARLES ANSANELLI,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>JP MORGAN CHASE BANK, N.A., and SEQUOIA PACIFIC MORTGAGE COMPANY, INC.,<br><br>　　　　　Defendants.　　　　　　　　／ | No. C 10-03892 WHA<br><br>**ORDER REGARDING STIPULATION TO EXTEND MEDIATION DEADLINE** |

The mediation deadline in this matter has already passed and the parties have not conducted a mediation. They now stipulate to continue the mediation deadline until *August 26*. Their justification for so much time is that "the pleadings are not yet settled in this matter." True, defendants have not yet answered plaintiffs' fourth amended complaint. That does not prevent the parties from engaging in meaningful mediation in this case. The parties' stipulation is therefore **DENIED**, and mediation shall be conducted as soon as possible in accordance with the mediator's schedule but in any case no later than 45 calendar days from the date of this order.

**IT IS SO ORDERED.**

Dated: May 23, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE