# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ansanelli,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>JP Morgan Chase Bank, N.A.,<br>　　　　　Defendant(s). | No. C 10-03892 WHA MED<br><br>**Certification of ADR Session** |

***Instructions:** The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make **ANY** additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) June 22, 2011

2. Did the case settle?

   ☒ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☐ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _____

4. **IS THIS ADR PROCESS COMPLETE?**   ☒ **YES**   ☐ **NO**

Dated: 6-22-11

**Mediator**, Mark Strombotne
Strombotne Law Firm
16450 Los Gatos Blvd., #110
Los Gatos, CA 95032