**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA ANSANELLI and
CHARLES ANSANELLI,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK, *et al.*,

    Defendants.
_____ /

No. C 10-03892 WHA

**ORDER REGARDING SETTLEMENT AND FILING DISMISSAL**

    The pretrial conference in this case is set for March 5, 2012, at 2:00 p.m. and a jury trial is set to begin on March 12, at 7:30 a.m. According to the certification of mediation, the parties have fully settled this matter (Dkt. No. 112). If so, the parties shall file a stipulation of dismissal to terminate this action. Until then, all case management dates, including the pretrial conference and trial dates, are still in effect. The parties shall file a dismissal by **NOON ON FEBRUARY 17, 2012**.

    **IT IS SO ORDERED.**

Dated: February 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE